UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| interMart, Inc., a Minnesota Corporation, d/b/a Shipping Solutions,<br><br>Plaintiff,<br>vs.<br><br>Kewill solutions North America, Inc., a Massachusetts Corporation,<br><br>Defendant. | No.: 05-1862 (JNE/SRN)<br><br>**ORDER**<br>**[Docket No. 14]** |

This matter is before the Court on the parties Stipulated Motion to Dismiss with Prejudice [Docket No. 14].

**IT IS SO ORDERED** that this action is hereby dismissed with prejudice and the Court shall retain jurisdiction to enforce the terms of the parties' Confidential Settlement Agreement and Release. This dismissal shall be entered without costs, disbursements, or attorney's fees to any party.

Dated: January 26, 2006

s/ Joan N. Ericksen
JOAN N. ERICKSEN, Judge
United States District Court

2605308v1